■ Anthony A. Abramo et al., Plaintiffs, v Pepsi-Cola Bottling Company et al., Defendants. P.A.T. Construction, Inc., Third-Party Plaintiff-Respondent, v C & C Plumbing, Inc., Third-Party Defendant-Appellant. (Appeal No. 2.) [638 NYS2d 571] —Order unanimously affirmed without costs. Same Memorandum as in *Abramo v Pepsi-Cola Buffalo Bottling Co.* (224 AD2d 980 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Indemnification.) Present—Denman, P. J., Lawton, Doerr, Balio and Boehm, JJ.